UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| A.M., | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | No. 3:14-CV-2863-M (BF) |
| | § | |
| WELLS FARGO BANK, N.A. and | § | |
| BARRETT, DAFFIN, FRAPPIER, TURNER | § | |
| & ENGEL, LLP, | § | |
|     Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss Plaintiff's Lawsuit [D.E. 10] is GRANTED.

**SO ORDERED** this 4th day of February, 2015.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS